UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

FILED
2010 NO 17 PM 1:54
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | **INDICTMENT** |
| | § | [VIOLATION: |
| | § | COUNTS ONE THROUGH THREE:18 |
| | § | U.S.C., §§ 7(3), 1151,1153(a), 2244(b) |
| | § | and 2246(3), Knowingly Engage in |
| v. | § | Sexual Contact without Permission; |
| | § | COUNTS FOUR THROUGH SIX:18 |
| | § | U.S.C., §§ 7(3), 1151, 1153(a), 2244(c) |
| | § | and 2246(3), Knowingly Engage in |
| | § | Sexual Contact with Someone who had |
| ROLANDO GARZA | § | not Attained the Age of Twelve. |
| | § | |
| | § | Cause No.: |
| | § | **DR10CR1717** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C., §§ 7(3), 1151, 1153(a), 2244(b) and 2246(3)]

On or about August 1, 2010, in the Western District of Texas, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, Defendant,

ROLANDO GARZA,

an Indian, did knowingly engage in sexual contact, to wit, by touching her breast with his hand, with K.M.H., a non-Indian, without the permission of K.M.H., in violation of Title 18, United States Code, Sections 7(3), 1151, 1153(a), 2244(b) and 2246(3).

COUNT TWO
[18 U.S.C., §§ 7(3), 1151, 1153(a), 2244(b) and 2246(3)]

On or about August 1, 2010, in the Western District of Texas, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, Defendant,

ROLANDO GARZA,

an Indian, did knowingly engage in sexual contact, to wit, by touching her groin with his hand, with K.M.H., a non-Indian, without the permission of K.M.H., in violation of Title 18, United States Code, Sections 7(3), 1151, 1153(a), 2244(b) and 2246(3).

COUNT THREE
[18 U.S.C., §§ 7(3), 1151, 1153(a), 2244(b) and 2246(3)]

On or about August 1, 2010, in the Western District of Texas, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, Defendant,

ROLANDO GARZA,

an Indian, did knowingly engage in sexual contact, to wit, by touching her genitalia with his hand, with K.M.H., a non-Indian, without the permission of K.M.H., in violation of Title 18, United States Code, Sections 7(3), 1151, 1153(a), 2244(b) and 2246(3).

COUNT FOUR
[18 U.S.C., §§ 7(3), 1151, 1153(a), 2244(c) and 2246(3)]

On or about August 1, 2010, in the Western District of Texas, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, Defendant,

ROLANDO GARZA,

an Indian, did knowingly engage in sexual contact, to wit, by touching her breast with his hand, with K.M.H., a non-Indian and an individual who had not attained the age of twelve years, in violation of Title 18, United States Code, Sections 7(3), 1151, 1153(a), 2244(c) 2246(3).

## COUNT FIVE
[18 U.S.C., §§ 7(3), 1151, 1153(a), 2244(c) and 2246(3)]

On or about August 1, 2010, in the Western District of Texas, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, Defendant,

ROLANDO GARZA,

an Indian, did knowingly engage in sexual contact, to wit, by touching her groin with his hand, with K.M.H., a non-Indian and an individual who had not attained the age of twelve years, in violation of Title 18, United States Code, Sections 7(3), 1151, 1153(a), 2244(c) and 2246(3).

## COUNT SIX
[18 U.S.C., §§ 7(3), 1151, 1153(a), 2244(c) and 2246(3)]

On or about August 1, 2010, in the Western District of Texas, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, Defendant,

ROLANDO GARZA,

an Indian, did knowingly engage in sexual contact, to wit, by touching her genitalia with his hand, with K.M.H., a non-Indian and an individual who had not attained the age of twelve years, in violation of Title 18, United States Code, Sections 7(3), 1151, 1153(a), 2244(c) and 2246(3).

A TRUE BILL,

JOHN E. MURPHY
United States Attorney

By: _____
ERICA BENITES GIESE
Assistant United States Attorney

DR10CR1717

SEALED:
UNSEALED: XX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Maverick                USAO #: 2010R13542

DATE: November 17, 2010         MAG. CT. #: MATTER Case

AUSA: Erica Benites Giese

DEFENDANT: ROLANDO GARZA

CITIZENSHIP: USC

INTERPRETER NEEDED: NO          Language: ENGLISH

DEFENSE ATTORNEY: Alberto Ramon

ADDRESS OF ATTORNEY: 2500 El Indio Hwy, Eagle Pass, TX 78852

DEFENDANT IS: ___               DATE OF ARREST: NA

BENCH WARRANT NEEDED: _

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1-3: 18 U.S.C., §§ 7(3), 1153(a), 2244(b) and 2246(3), Sexual Contact without Permission; COUNT 4-6 18 U.S.C., §§ 7(3), 1153(a), 2244(c) and 2246(3), Sexual Contact with Individual under Twelve Years.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For Counts 1-3: up to 2 years in prison, For Counts 4-6: up to 4 years in prison; For each count: a $250,000 fine, a three year term of supervised release, mandatory registration as sex offender, mandatory restitution to victim, $100 special assessment

PENALTY IS MANDATORY:    Yes ___    No ___

REMARKS:  See above    W D T-Cr-3