FILED
FEB 1 7 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Cause No: DR-10-CR-1717(1)-AM |
| | § § | |
| ROLANDO GARZA, | § | |

## VERDICTS

### COUNT ONE

As to Count One of the indictment, knowingly engaging in sexual contact, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, by <u>touching her breast with his hand</u>, with K.M.H., a non-Indian, without the permission of K.M.H., we the jurors find the defendant, **ROLANDO GARZA**, ___Guilty___.

[Guilty or Not Guilty]

### COUNT TWO

As to Count Two of the indictment, knowingly engaging in sexual contact, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, by <u>touching her groin with his hand</u>, with K.M.H., a non-Indian, without the permission of K.M.H., we the jurors find the defendant, **ROLANDO GARZA**, ___Guilty___.

[Guilty or Not Guilty]

### COUNT THREE

As to Count Three of the indictment, knowingly engaging in sexual contact, within Indian

14

country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, by <u>touching her genitalia</u> with his hand, with K.M.H., a non-Indian, without the permission of K.M.H., we the jurors find the defendant, **ROLANDO GARZA**, _Guilty_.

[Guilty or Not Guilty]

### COUNT FOUR

As to Count Four of the indictment, knowingly engaging in sexual contact, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, by <u>touching her breast with his hand</u>, with K.M.H., a non-Indian and an individual who had <u>not attained the age of twelve years,</u> we the jurors find the defendant, **ROLANDO GARZA**, _Guilty_.

[Guilty or Not Guilty]

### COUNT FIVE

As to Count Five of the indictment, knowingly engaging in sexual contact, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United States, by <u>touching her groin with his hand</u>, with K.M.H., a non-Indian and an individual who had not attained the age of twelve years, we the jurors find the defendant, **ROLANDO GARZA**, _Guilty_.

[Guilty or Not Guilty]

### COUNT SIX

As to Count Six of the indictment, knowingly engaging in sexual contact, within Indian country, on the Kickapoo Indian Reservation, an area within the territorial jurisdiction of the United

15

States, by touching her genitalia with his hand, with K.M.H., a non-Indian and an individual who had not attained the age of twelve years, we the jurors find the defendant, **ROLANDO GARZA**,

Guilty.

[Guilty or Not Guilty]



16